IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SANTOS DIAZ § | |
| § | |
| *Plaintiff* § | |
| § | |
| VS. § | Civil Action No. _____ |
| § | |
| THIRD COAST MIDSTREAM, § | |
| LLC; DAVID COOPER, *individually,* § | |
| *and as agent, representative, servant,* § | |
| *employee and/or officer of* § | |
| THIRD COAST MIDSTREAM, § | |
| LLC; OCCIDENTAL PETROLEUM § | |
| CORPORATION; *and* § | |
| GULF ISLAND WORKS, LLC § | |
| *Defendants.* § | |

## **INDEX OF MATTERS BEING FILED WITH REMOVAL**

**EXHIBIT A:**     All Executed Process

**EXHIBIT B:**     Plaintiff's Original Petition
(The only current pleading asserting causes of action)

**EXHIBIT C:**     The State Court Docket Sheet

**EXHIBIT D:**     A list of all counsel of record, including addresses, telephone numbers and parties represented.