# EXHIBIT A

# All Executed Service of Process

EXHIBIT A-1

# Executed Service of Process as to Third Coast Midstream LLC

11/21/2022 5:23 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 70381200
By: MARCELLA WILES
Filed: 11/21/2022 5:23 PM
COPY OF PLEADING PROVIDED BY PLT

CAUSE NO. 202274511

RECEIPT NO: 939852   TRACKING NO: 74078770

| | |
|---|---|
| Plaintiff:<br>DIAZ, SANTOS<br>vs.<br>Defendant:<br>THIRD COAST MIDSTREAM LLC | In The 113th<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

To:   THIRD COAST MIDSTREAM LLC (A CORPORATION) MAY BE SERVED BY SERVING ITS REGISTERED AGENT FOR SERVICE COGENCY GLOBAL INC
1601 ELM STREET SUITE 4360
DALLAS TX 75201-3136,

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on November 11, 2022 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on November 16, 2022, under my hand and seal of said court.

Issued at the request of:

Tinning, William J.
720 W. BROADWAY
Portland, TX 78374
361-643-9200
Bar Number: 20060500

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: BERNITTA BARRETT

Tracking Number: 74078770

## CAUSE NUMBER: 202274511

PLAINTIFF: DIAZ, SANTOS

vs.

DEFENDANT: THIRD COAST MIDSTREAM LLC

In the 113th
Judicial District Court of
Harris County, Texas

### OFFICER - AUTHORIZED PERSON RETURN

Came to hand at 11:01 o'clock AM. M. on the 18th day of November, 2022. Executed at (Address) 1601 Elm St., Ste 4360, Dallas Texas 75201 in Dallas County at o'clock 3:24 PM. M. On the 18th day of November, 2022, by Delivering to Cogency Global INC defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this 21st day of November, 2022

Fees $_____

Phillip Hendrix
Affiant

By _____
~~Deputy~~ Process Server

On this day, Phillip Hendrix, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this 21st day of November, 2022.

_____
Notary Public

LATRENA HENDRIX
Notary Public, State of Texas
Comm. Expires 10-13-2025
Notary ID 133389518

EXHIBIT A-2

# Executed Service of Process as to Occidental Petroleum Corporation

COPY OF PLEADING PROVIDED BY PLT

11/22/2022 10:30 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 70394383
By: Tasha Fraser
Filed: 11/22/2022 10:30 AM

CAUSE NO. 202274511

RECEIPT NO: 939852   TRACKING NO: 74078772

| Plaintiff:<br>DIAZ, SANTOS<br>vs.<br>Defendant:<br>THIRD COAST MIDSTREAM LLC | In The 113th<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |
|---|---|

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

To:   OCCIDENTAL PETROLEUM CORPORATION (A CORPORATION) MAY BE SERVED BY SERVING ITS REGISTERED AGENT FOR SERVICE
CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201-3136,

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on November 11, 2022 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on November 16, 2022, under my hand and seal of said court.



Issued at the request of:

Tinning, William J.
720 W. BROADWAY
Portland, TX 78374
361-643-9200
Bar Number: 20060500

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: BERNITTA BARRETT

CAUSE NO. 202274511

| | | |
|---|---|---|
| Santos Diaz | § | |
| | § | IN THE COURT OF |
| Plaintiff, | § | |
| VS. | § | |
| | § | HARRIS COUNTY, TEXAS |
| | § | |
| Third Coast Midstream LLC | § | |
| Defendant. | § | 113TH JUDICIAL COURT |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Nov 18, 2022, 8:01 am**,

CITATION AND PLAINTIFF'S ORIGINAL PETITION ,

and was executed at **1999 BRYAN ST SUITE 900, DALLAS, TX 75201** within the county of **DALLAS** at **11:44 PM** on **Fri, Nov 18 2022**, by delivering a true copy to the within named

**OCCIDENTAL PETROLEUM CORPORATION BY SERVING CT CORPORATION SYSTEM ACCEPTED BY TERRI THONGSAVAT, SOP INTAKE**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Krystal Jones**, my date of birth is **1/2/1984**, and my address is **4425 W AIRPORT FWY., SUITE 352, IRVING, TX 75062**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Dallas** County, State of **TX**, on **November 20, 2022.**

Krystal Jones
Certification Number: PSC 10814 EXP 3/31/23
Certification Expiration: 3/31/23